**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC ALLEN | No. 2:24-cr-00125-NT-1 |

# SATISFACTION OF JUDGMENT

The monetary Penalty(s) imposed in the above-captioned actions on May 7, 2025, has/have been satisfied and paid in full.

Dated: August 25, 2025

Respectfully Submitted,

CRAIG M. WOLFF
Acting United States Attorney

*/s/ Andrew K. Lizotte*
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

CRAIG M. WOLFF
Acting United States Attorney

By: */s/ Maria C. Bida*
Paralegal Specialist on behalf of
Andrew K. Lizotte
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov